# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159758

KICKHAM HANLEY PLLC,
        Plaintiff-Appellant,

v

OAKLAND COUNTY MICHIGAN,
        Defendant,
and

GEORGE W. KUHN DRAINAGE DISTRICT,
        Defendant-Appellee.

SC: 159758
COA: 341076
Oakland CC: 2017-159351-CZ

_____/

On order of the Court, the application for leave to appeal the May 2, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



Clerk

t0420